IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02495-PAB-NYW

MILE HIGH LABS, INC.,

    Plaintiff,

v.

WARRENDER ENTERPRISE, INC. d/b/a LIFTED LIQUIDS,

    Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mile High Labs, Inc. ("Mile High") dismisses all claims and this action with prejudice, with each party to bear its own attorney's fees and costs.

Dated:  September 8, 2020                       Respectfully submitted,

                                                      *s/Jacob A. Rey*
                                                      Marissa S. Ronk
                                                      Jacob A. Rey
                                                      Wheeler Trigg O'Donnell LLP
                                                      370 Seventeenth Street, Suite 4500
                                                      Denver, CO  80202-5647
                                                      Telephone:   303.244.1800
                                                      Facsimile:    303.244.1879
                                                      Email:   ronk@wtotrial.com
                                                                         rey@wtotrial.com

                                                      Attorneys for Plaintiff
                                                      Mile High Labs, Inc.

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on September 8, 2020, I electronically filed the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Marsha Marie Piccone**
  mpiccone@foxrothschild.com

- **Marc C. Smith**
  mcsmith@foxrothschild.com

- **Risa B. Brown**
  rbrown@foxrothschild.com

*s/ Jacob A. Rey*